# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2745 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 147 DB 2019 |
| | : | |
| v. | : | Attorney Registration 21317 |
| | : | |
| FRANK C. ARCURI, | : | (York County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of October, 2020, upon consideration of the Report and Recommendation of the Disciplinary Board, Frank C. Arcuri is suspended from the Bar of this Commonwealth for one year and one day, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).